C-13-15(a)Motion  
(Rev. 10/06)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

| | | | |
|---|---|---|---|
| In Re: | | ) | **Motion and Notice** |
| | | ) | **Chapter 13** |
| BLACK, RUSSELL NELSON | xxx-xx-9832 | ) | |
| BLACK, BONNIE COX | xxx-xx-6913 | ) | No: 13-11336 C-13G |
| 6607 BRASS ROAD | | ) | |
| JAMESTOWN, NC 27282 | | ) | |
| | Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for an Order as follows:

This Plan was confirmed January 2, 2014. Nationstar Mortgage, LLC is being paid as a secured continuing long term debt claimant directly by the Debtors on a deed of trust against real property on an account with last four digits 2234. On March 13, 2014 Nationstar Mortgage, LLC filed a Notice of Post-Petition Mortgage Fees, Expenses and Charges in the amount of $425.00 stating the fees to be filing fees and court costs incurred in December 2013. The Trustee is informed and believes that the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed in the amount of $425.00 for filing fees and court costs should not be allowed due to no evidence of the incurring of filing fees and court costs by Nationstar Mortgage, LLC in the case. The Trustee recommends that an Order be entered disallowing in full the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed March 13, 2014 by Nationstar Mortgage, LLC in the amount of $425.00 for filing fees and court costs and that Nationstar Mortgage, LLC be barred from charging the $425.00 sum to the Debtors' account.

Date: November 25, 2014                          s/Anita Jo Kinlaw Troxler
AJKT:lac                                              Standing Trustee

---

**NOTICE**

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before   January 12, 2015   with the parties named on the attached Parties To Be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on   January 21, 2015   at 2:00 p.m., in the following location:

*Courtroom #2*
*Second Floor*
*101 S. Edgeworth Street*
*Greensboro, NC 27401*

Date:  **December 2, 2014**                                  OFFICE OF THE CLERK
                                                                        U.S. Bankruptcy Court

ANITA JO KINLAW TROXLER
STANDING TRUSTEE
PO BOX 1720
GREENSBORO NC 27401-1720

RUSSELL NELSON BLACK
6607 BRASS ROAD
JAMESTOWN, NC 27282

BONNIE COX BLACK
6607 BRASS ROAD
JAMESTOWN, NC 27282

JAMES L TENNANT ESQ
10821 N MAIN ST
P O BOX 4585
ARCHDALE, NC 27263

BANK OF AMERICA
P O BOX 982238
EL PASO, TX 79998-2238

WELLS FARGO CARD SERVICES
ATTN MANAGING AGENT
1 HOME CAMPUS 3RD FL
DES MOINES IA 50328

FIFTH THIRD BANK
ATTN MANAGING AGENT
9441 LBJ FREEWAY STE 350
DALLAS, TX 75243

JENNIFER A PFIEFFER ESQ
P O BOX 829009
DALLAS, TX 75382

MCCALLA RAYMER LLC
1544 OLD ALABAMA RD
ROSWELL GA 30076

WEINSTEIN PINSON & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE, WA 98121

WELTMAN WEINBERG & REIS
323 W LAKESIDE AVE STE 200
CLEVELAND OH 44113

CITIBANK NA
ATTN MANAGING AGENT
701 E 60TH STREET NORTH
SIOUX FALLS, SD 57117

PORTFOLIO RECOVERY ASSOC LLC
ATTN MANAGING AGENT
P O BOX 41067
NORFOLK VA 23541

NATIONSTAR MORTGAGE LLC
ATTN MANAGING AGENT
% WEINSTEIN PINSON & RILEY PS
2001 WESTERN AVE STE 400
SEATTLE, WA 98121